

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00447-CV

Jorge **BLANCO**, Sr., and Jorge Blanco, Jr.,
Appellants

v.

Ramon Eduardo Moreno **DE LA ROCHA**, and Overseas Trucking USA, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2023CVI002024D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we DENY appellants' motion for extension of time. This appeal is DISMISSED FOR WANT OF PROSECUTION. We order appellants to pay the costs of this appeal.

SIGNED November 26, 2025.

_____
Lori I. Valenzuela, Justice